**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EUGENE WILBUR HASELTON, | ) | 2:08-cv-00051-HDM-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BOULDER CITY POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' stipulation (#35), this action is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: This 19th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE